UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROINA
DIVISION

UNITED STATES OF AMERICA

VS.

David Lewis

NO. 5:11CR229-8F

ORDER

FILED IN OPEN COURT ON 11/15/11
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

**IT IS HEREBY ORDERED** that the following government exhibit(s) admitted into evidence on November 15, 2011 be turned over to Special Agent Kelly Page to be retained in his custody until this case is completed, including any matters on appeal:

| GOVERN. EXHIBIT NO.: | DESCRIPTION: |
|---|---|
| 132 | Tubes/Tweezers |
| 133 | White Filter with White Powder Residue |
| 134 | Bag with White Powder |
| 138 | Evidence Envelope |
| 139 | Blue Pen |
| 140 | Plastic Bottle |
| 141 | Plastic Zip Lock Bags |
| 142 | Pills |

This 15th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

Received by Agent: Kelly Page

(signature) on Nov. 15, 2011 (date)

Case 5:11-cr-00229-BO   Document 249   Filed 11/15/11   Page 1 of 1