UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROINA
DIVISION


FILED IN OPEN COURT
ON 11/17/11 SE
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA

VS.

NO. 5:11CR229-8F

DAViD Lewis

ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on November 17, 2011 be turned over to Special Agent Kelly Page, _____ to be retained in his custody until this case is completed, including any matters on appeal:

| GOVERN. EXHIBIT NO.: | DESCRIPTION: |
|---|---|
| 159 | Bottle, Tubing & Meth |

This 17th day of November, 2011

_____
UNITED STATES DISTRICT JUDGE

Received by Agent Kelly Page (signature) on Nov. 17, 2011 (date)