UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Case No.: 5:11-CR-229-F |
| | ) | |
| DAVID GERALD LEWIS | ) | ORDER |

**IT IS HEREBY ORDERED** that the following government exhibits admitted into evidence on November 15, 16, 17 and 18, 2011, be turned over to Special Agent Kelly Page, North Carolina State Bureau of Investigation, to be transported to the Evidence Technician at the Johnston County Sheriff's Office in Smithfield, NC to be retained in his/her custody until this case is completed, including any matters on appeal:

GOVERNMENT EXHIBIT NO.:      DESCRIPTION

159      plastic container, tubing, cloth, white powder

This 21st day of November, 2011.

*James C. Fox*
JAMES C. FOX
UNITED STATES DISTRICT JUDGE

RECEIVED BY AGENT: *Kelly W. Page* (Signature)

DATE: 11-21-11