FILED: April 3, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 12-4459
(5:11-cr-00229-F-8)
———————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DAVID LEWIS

Defendant - Appellant

———————————

J U D G M E N T

———————————

In accordance with the decision of this court, the judgment of the district

court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK