IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-229-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAVID LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant is not in federal custody. See [D.E. 755, 786]. Thus, the court cannot grant defendant's motion for compassionate release. See, eg., United States v. Hinton, No. 2:10-CR-175, 2023 WL 2916567, at *3 (E.D. Va. Apr. 12, 2023)(unpublished); United States v. Wigfall, No. 4:07-CR-631, 2022 WL 1229021, at *2 (D.S.C. Apr. 26, 2022)(unpublished).

In sum, the court DENIES defendant's motion for compassionate release [D.E. 774] and motion to stay [D.E. 787].

SO ORDERED. This 10 day of April, 2026.

JAMES C. DEVER III
United States District Judge